UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR WILFREDO CAAL LEAL,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent,

Case No.  2:26-cv-0625-DAD-JDP

ORDER

On March 3, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 7.  The court also referred the matter to me for further proceedings.  *Id.*

Still pending is respondents' motion to dismiss, ECF No. 6.  Petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    March 9, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE